| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 07 CR 00290-068 (PG) |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00245-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Pedro Rios Maldonado | PUERTO RICO | |
| | NAME OF SENTENCING JUDGE | |
| | Juan M. Perez-Jimenez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | TSR 8 years | 12-09-11 | 12-08-19 |

OFFENSE

Title 21, United States Code, Section 841(a)(1), 846 and 860

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ JUDICIAL _____ DISTRICT OF _____ PUERTO RICO _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the MIDDLE DISTRICT OF Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

   June 14, 2013                                   _(signature)_
   _____Date_____                          _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ MIDDLE _____ DISTRICT OF _____ Tennessee _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   12-6-13                                          _(signature)_
   _Effective Date_                                 _United States District Judge_